**William Pierce PLUMMER, Petitioner—Appellant,**

v.

**W.J. SULLIVAN, Respondent—Appellee.**

No. 07–16085.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 28, 2009.

William Pierce Plummer, Tehachapi, CA, pro se.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner William Pierce Plummer appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Plummer contends that his prison disciplinary proceedings, which resulted in the forfeiture of good-time credits, violated his due process rights. This contention lacks merit. *See Superintendent v. Hill,* 472 U.S. 445, 455–56, 105 S.Ct. 2768, 86 L.Ed.2d 356 (1985); *see also Wolff v. McDonnell,* 418 U.S. 539, 566–69, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974).

Plummer also contends that prison authorities violated his equal protection rights by forfeiting his good-time credits and miscalculating his earliest possible release date based on racial discrimination. We reject this contention because Plummer has not alleged any facts to support it. *See Bostic v. Carlson,* 884 F.2d 1267, 1271 (9th Cir.1989).

To the extent that Plummer contends that his disciplinary proceedings violated *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the contention lacks merit. *See id.* at 490, 120 S.Ct. 2348.

Plummer's contentions that his disciplinary proceedings violated California law are not reviewable in federal habeas proceedings. *See Langford v. Day,* 110 F.3d 1380, 1389 (9th Cir.1997).

We construe Plummer's briefing of uncertified issues as a motion to reconsider our prior denial of a certificate of appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

Finally, we deny all pending motions.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.